White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel  + 1 212 819 8200
Fax  + 1 212 354 8113
www.whitecase.com

Direct Dial +1 (212) 819-8394          Email: cshore@whitecase.com

December 14, 2010

Honorable Judge Sean H. Lane
United States Bankruptcy Judge
    for Southern District of New York
One Bowling Green
New York, NY 10004-1408
Chambers: (212) 668-5637
Courtroom: 701

Re:      In re Vitro, S.A.B. de C.V. (Case No. 10-16619-shl)

Dear Honorable Judge Lane:

With respect to the just-filed above-referenced chapter 15 case (the "Chapter 15 Case") of Vitro S.A.B. de C.V., a Mexican glass company ("Vitro"), we represent the Ad Hoc Group of Vitro Noteholders (the "Ad Hoc Noteholder Group"), who are holders or advisors to holders of over $720 million in aggregate principal amount of $1.2 billion in senior notes ("Senior Notes") issued by Vitro in U.S. offerings. Vitro has made no payment of principal or interest on its Senior Notes for more than two years. In anticipation of commencing its concurso proceeding in Mexico, Vitro solicited consents from its unsecured creditors, including holders of the Senior Notes. Such efforts have received virtually no support from Vitro's public noteholders; indeed, based on Vitro's public filings, it appears that only $44 million (3.7%) of Senior Notes have been tendered. In that regard, we note that the members of the Ad Hoc Noteholder Group hold (or manage holders of) approximately 60% of Vitro's Senior Notes and 50% of all of its claimed third-party debt. All of the members of the Ad Hoc Noteholder Group oppose the proposal and have rejected it.

According to Vitro's public statements, it intends to override the proposal's rejection by relying on purported acceptances tendered by insiders and affiliates. In particular, Vitro claims that its subsidiaries, who allegedly hold approximately $1.9 billion of intercompany claims, substantially all of which was reportedly created in the last year, have voted (or will vote) to accept the proposal. According to Vitro, this entitles it to implement the plan, even if no noteholders accept it. Whether or not such a result can be achieved in Mexico (we are aware of no precedent for such an outcome), it is clear that such purported insider acceptance would not make a chapter 11 plan that has been rejected by third party creditors confirmable.

ABU DHABI ALMATY ANKARA BEIJING BERLIN BRATISLAVA BRUSSELS BUCHAREST BUDAPEST DOHA DÜSSELDORF FRANKFURT GENEVA HAMBURG HELSINKI HONG KONG ISTANBUL JOHANNESBURG LONDON LOS ANGELES MEXICO CITY MIAMI MOSCOW MUNICH NEW YORK PALO ALTO PARIS PRAGUE RIYADH SÃO PAULO SHANGHAI SINGAPORE STOCKHOLM TOKYO WARSAW WASHINGTON, DC

MIAMI 896820 (2K)

On November 17, 2010, certain members of the Ad Hoc Noteholder Group commenced involuntary chapter 11 cases (the "Texas Cases") under title 11 of the United States Code (the "Bankruptcy Code") against 15 U.S. affiliates of Vitro (the "Texas Debtors"). Each of the Texas Debtors is a guarantor of Vitro's obligations under the notes, and each operates in the United States.

The Texas Cases are pending before the Honorable Judge Russell Nelms in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Texas Court") and are jointly administered under Case No. 10-47470-rfn-11. The Texas Debtors have now answered the involuntary petitions in the Texas Cases and have not challenged venue in the Texas Court. Proposed counsel for Vitro in Vitro's Chapter 15 Case, Milbank Tweed Hadley & McCloy, has appeared in the Texas Court as co-counsel for the Texas Debtors.

This afternoon, Vitro filed its chapter 15 petition commencing its Chapter 15 Case in this Court, rather than filing and proceeding in the Texas Court where the cases of its affiliates (the Texas Debtors) are pending. In response, the Ad Hoc Noteholder Group has now filed with the Texas Court the attached motion (the "Venue Motion") pursuant to Rule 1014(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") requesting a determination that Vitro's Chapter 15 Case before this Court be transferred to the Texas Court and jointly administered with the Texas Cases. Under Bankruptcy Rule 1014(b), we believe that all actions and proceedings relating to Vitro in this Court are automatically stayed pending the resolution of the Venue Motion by Judge Nelms. Nonetheless, in the event that this Court is inclined to consider any relief requested by Vitro or its counsel prior to the disposition of the Venue Motion, we respectfully request the opportunity to respond and be heard in respect of any such relief.

We are available to answer any questions you might have regarding this letter, the Texas Cases, or the Venue Motion. Please contact me (212-819-8394) or my partner, John Cunningham (305-995-5252), with any questions.

Respectfully,

J. Christopher Shore

/RSK

cc:   Dennis F. Dunne, Esq. (via email)
      Andrew Leblanc, Esq. (via email)

Thomas E Lauria
State Bar No. 11998025
J. Christopher Shore (admitted pro hac vice)
John K. Cunningham (admitted pro hac vice)
Richard Kebrdle (admitted pro hac vice)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113

Jeff P. Prostok
State Bar No. 16352500
Lynda L. Lankford
State Bar No. 11935020
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX  76102
Telephone:  (817) 877-8855
Facsimile:  (817) 877-4151

ATTORNEYS FOR THE PETITIONING CREDITORS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 Cases (Involuntary) |
| VITRO ASSET CORP., et al., | Case No. 10-47470-rfn-11 |
| Debtors.[1] | **Jointly Administered** |

**MOTION OF THE PETITIONING CREDITORS FOR DETERMINATION
THAT CERTAIN BANKRUPTCY CASES SHOULD PROCEED IN THE
UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT
OF TEXAS PURSUANT TO FED. R. BANKR. P. 1014(b)**

TO THE HONORABLE RUSSELL F. NELMS, UNITED STATES BANKRUPTCY JUDGE:

Knighthead Master Fund, L.P., Brookville Horizons Fund, L.P., Davidson Kempner

Distressed Opportunities Fund L.P., and Lord Abbett Bond-Debenture Fund, Inc. (collectively,

the "Movants"), as creditors and parties in interest in the above-captioned chapter 11 cases, file

this motion (the "Motion"), pursuant to Rule 1014 of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), for entry of an order that the chapter 15 case entitled In re Vitro,

S.A.B. de C.V., filed on December 14, 2010 in the United States Bankruptcy Court for the

---

[1]     The Debtors are Vitro Asset Corp., Vitro Chemicals, Fibers & Mining, LLC, Vitro America, LLC, Troper Services, Inc., Vitro Packaging, LLC, VVP Holdings, LLC, Amsilco Holdings, Inc., B.B.O. Holdings, Inc., Binswanger Glass Co., Crisa Corp., VVP Finance Corp., VVP Auto Glass, Inc., V-MX Holdings, LLC, Super Sky Products, Inc., and Super Sky International, Inc.

Southern District of New York, Case No. 10-16619, be transferred to the United States

Bankruptcy Court for the Northern District of Texas (the "Court") and be jointly administered

with the above-captioned chapter 11 cases.

## STATEMENT OF FACTS

1.      Movants are petitioning creditors who commenced the above-captioned

involuntary cases (collectively, the "Chapter 11 Cases") against Vitro Asset Corp. and its

affiliated debtors (collectively, the "Chapter 11 Debtors") under chapter 11 of title 11 of the

United States Code (the 'Bankruptcy Code") with this Court.  The Chapter 11 Cases are being

jointly administered.

2.      Movants are holders (the "Noteholders") of Senior Notes (the "Vitro

Notes") issued by the Chapter 11 Debtors' ultimate Mexican parent, Vitro S.A.B. de C.V.

("Vitro"), and guaranteed by each of the Chapter 11 Debtors.

3.      Vitro (and together with its affiliated debtors and non-debtor entities, the

"Company") is a corporation organized under the laws of Mexico and is a holding company that

conducts substantially all of its operations through its subsidiaries both outside and within the

United States.  Each Chapter 11 Debtor is a subsidiary of Vitro that is domiciled in the United

States in one of various states, including in Texas.  As stated, each Chapter 11 Debtor has

unconditionally guaranteed the Vitro Notes as described more fully below.

4.      Vitro's liabilities include, but are not limited to, the Vitro Notes, which

consist of over $1.2 billion in principal amount of senior unsecured notes outstanding.  Vitro

issued each series of Vitro Notes to the public in the United States and is a reporting company

with respect to each such series pursuant to section 15(g) of the Securities Exchange Act of

1934.  Each of the Chapter 11 Debtors executed an unconditional guaranty of Vitro's obligations

in respect of the Vitro Notes pursuant to the indentures governing the Vitro Notes.

5.       On November 1, 2010, Vitro launched the Tender Offer, Exchange Offer

and Consent Solicitation (the "Solicitation") seeking to implement a pre-packaged reorganization

plan in Mexico (the "Concurso Plan") under Mexican bankruptcy law, "*Ley De Concursos*

*Mercantiles*" (the "Mexican Business Reorganization Act"), to force the Noteholders to accept

the Company's terms.

6.       On December 14, 2010, Vitro announced it had commenced *concurso*

*mercantil* proceedings in Mexico by filing a petition for relief under the Mexican Business

Reorganization Act along with an alleged pre-packaged *Concurso* Plan.[2]

7.       The Chapter 11 Debtors are not eligible to be Debtors in insolvency

proceedings in Mexico.

8.       On December 14, 2010, Vitro filed a petition (the "Chapter 15 Petition")

under chapter 15 of the Bankruptcy Code with the United States Bankruptcy Court for the

Southern District of New York (Bankruptcy Judge Sean H. Lane) commencing Vitro's chapter

15 case (the "Chapter 15 Case").  See Chapter 15 Petition attached hereto as **Exhibit A**.

### RELIEF REQUESTED AND THE BASIS THEREFORE

9.       Vitro is the ultimate parent of each of the Chapter 11 Debtors and is an

"affiliate" of the Chapter 11 Debtors under section 101(2) of the Bankruptcy Code.

10.      Bankruptcy Rule 1014(b) requires that venue proceed in the district in

which the petition filed first by an affiliate of a debtor is pending.  Fed. R. Bankr. P. 1014(b)

reads in full as follows:

---

[2]       Prior to any alleged *concurso* filing by Vitro in Mexico, certain of the Movants had recently filed their own involuntary petition against Vitro under the Mexican Business Reorganization Act in Mexico.  The status of that involuntary filing in Mexico is pending determination by the Mexican court.

MIAMI 896811 (2K)

"If petitions commencing cases under the Code are filed in different districts by or against (1) the same debtor, or (2) a partnership and one or more of its general partners, or (3) two or more general partners, or (4) <u>a debtor and an affiliate</u>, on motion filed in the district in which the petition filed first is pending and after hearing on notice to the petitions, the United States Trustee, and other entities as directed by the Court, the Court may determine, in the interest of justice or for the convenience of the parties, the district or districts in which the case or cases should proceed. Except as otherwise ordered by the court in the district in which the petition filed first is pending, the proceeding on the other petitions shall be stayed by the courts in which they have been filed until the determination is made." (Emphasis added)

11.      Movants commenced these Chapter 11 Cases against the Chapter 11 Debtors on November 17, 2010. The Company did not file its chapter 15 petition until December 14, 2010. These Chapter 11 Cases are therefore the first filings commenced within the meaning of Bankruptcy Rule 1014(b).

12.      As stated, the Chapter 11 Debtors are affiliates of Vitro within the meaning of 11 U.S.C. § 101(2). Pursuant to Rule 1014(b), this Court is the proper Court to determine in which district or districts the case should proceed.

13.      The Chapter 15 Case of Vitro should proceed in this Court along with these Chapter 11 Cases for the following reasons:

     a.     The Debtors are properly under the jurisdiction of this Court;

     b.     The Debtors are not debtors in the foreign proceedings for which Vitro is seeking recognition by its Chapter 15 Petition;

     c.     It would be inconvenient and inefficient to allow these cases to proceed separately, as they revolve around the same assets and insolvency issues;

4

d.        This Court is already familiar with both Vitro and the Chapter 11

Debtors and the issues raised by a potential restructuring of Vitro

and its affiliates;

e.        Substantially all the issues already before this Court in these

Chapter 11 Cases will overlap the issues in Vitro's Chapter 15

Case.

## RESERVATION OF RIGHTS

14.    The Movants learned of the filing of the Chapter 15 Petition only a very short time ago and were given little notice of such a filing.  The Movants accordingly reserve all rights to amend the Motion.

WHEREFORE, Movants respectfully request this Court enter an order substantially in the form and substance of the attached granting the relief requested herein and such other and further relief as is just and proper.

Dated:  Fort Worth, Texas
       December 14, 2010

                     Jeff P. Prostok
                     State Bar No.  16352500
                     Lynda L. Lankford
                     State Bar No.  11935020
                     FORSHEY & PROSTOK LLP
                     777 Main St., Suite 1290
                     Ft. Worth, TX  76102
                     (817) 877-8855


                   By /s/ Jeff P. Prostok
                      Jeff P. Prostok

                     -and-

                   Thomas E Lauria

MIAMI 896811 (2K)

State Bar No. 11998025
J. Christopher Shore (pending admission <u>pro</u> <u>hac</u> <u>vice</u>)
John K. Cunningham (pending admission <u>pro</u> <u>hac</u> <u>vice</u>)
Richard Kebrdle (pending admission <u>pro</u> <u>hac</u> <u>vice</u>)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

ATTORNEYS FOR THE PETITIONING
CREDITORS AND THE AD HOC GROUP
OF VITRO NOTEHOLDERS

6

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via ECF electronic Notice, if available, and upon the parties listed below via email, on December 14, 2010.

Louis R. Strubeck, Jr.
William R. Greendyke
**FULBRIGHT &JAWORSKI L.L.P.**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Email: lstrubeck@fulbright.com
        wgreendyke@fulbright.com

Dennis F. Dunne
Risa M. Rosenberg
**MILBANK, TWEED, HADLEY &MCCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005-1413
Email: ddunne@milbank.com
        rrosenberg@milbank.com

Andrew M. Leblanc
**MILBANK, TWEED, HADLEY &MCCLOY LLP**
1850 K Street, NW, Suite 1100
Washington, DC 20006
Email: aleblanc@milbank.com

/s/ Jeff P. Prostok
Jeff P. Prostok

MIAMI 896811 (2K)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 Cases (Involuntary) |
| | ) | |
| VITRO ASSET CORP., et al., | ) | Case No. 10-47470-rfn-11 |
| | ) | |
| Debtors.[1] | ) | **Jointly Administered** |
| | ) | |

## NOTICE OF MOTION

To: Vitro S.A.B. de C.V. and any of its affiliated debtors and all other parties of interest:

PLEASE TAKE NOTICE that a hearing on the Motion of the Petitioning Creditors for

Determination that Certain Bankruptcy Cases Should Proceed in the United States Bankruptcy

Court for the Northern District of Texas Pursuant to Fed. R. Bankr. P. 1014(b) will be held

before the Honorable Russell F. Nelms on [  ] in Courtroom [  ], [  ], Fort Worth, Texas.

Dated:  Fort Worth, Texas
       December 14, 2010

                    Jeff P. Prostok
                    State Bar No.  16352500
                    Lynda L. Lankford
                    State Bar No.  11935020
                    FORSHEY & PROSTOK LLP
                    777 Main St., Suite 1290
                    Ft. Worth, TX  76102
                    (817) 877-8855


                    By _____
                      Jeff P. Prostok

                      -and-

---

[1]    The Debtors are Vitro Asset Corp., Vitro Chemicals, Fibers & Mining, LLC, Vitro America, LLC, Troper Services, Inc., Vitro Packaging, LLC, VVP Holdings, LLC, Amsilco Holdings, Inc., B.B.O. Holdings, Inc., Binswanger Glass Co., Crisa Corp., VVP Finance Corp., VVP Auto Glass, Inc., V-MX Holdings, LLC, Super Sky Products, Inc., and Super Sky International, Inc.

Thomas E Lauria
State Bar No. 11998025
J. Christopher Shore (pending admission <u>pro</u> <u>hac</u> <u>vice</u>)
John K. Cunningham (pending admission <u>pro</u> <u>hac</u> <u>vice</u>)
Richard Kebrdle (pending admission <u>pro</u> <u>hac</u> <u>vice</u>)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200

ATTORNEYS FOR THE PETITIONING
CREDITORS AND THE AD HOC GROUP
OF VITRO NOTEHOLDERS

MIAMI 896811 (2K)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 Cases (Involuntary) |
|  | ) |  |
| VITRO ASSET CORP., et al., | ) | Case No. 10-47470-rfn-11 |
|  | ) |  |
| Debtors. | ) | **Jointly Administered** |
|  | ) |  |

**ORDER THAT CERTAIN BANKRUPTCY CASES SHOULD PROCEED IN THE
UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT
OF TEXAS PURSUANT TO FED. R. BANKR. P. 1014(b)**

Upon consideration of the motion (the "Motion") of the Movants dated December 14,

2010, for an Order Pursuant to Fed. R. Bankr. P. 1014(b) ("Bankruptcy Rule 1014(b)")

determining that the chapter 15 petition filed on December 14, 2010 by Vitro S.A.B. de C.V., in

the Southern District of New York, Case No. 10-16619 should proceed in the United States

Bankruptcy Court for the Northern District of Texas Pursuant to Rule 1014, it is hereby;

ORDERED, that the United States Bankruptcy Court for the Southern District of New

York shall forthwith transfer Case No. 10-16619 entitled In re Vitro, S.A.B. de C.V., to the

United States Bankruptcy Court for the Northern District of Texas and;

IT IS FURTHER ORDERED, pursuant to Bankruptcy Rule 1014(b) that all proceedings

in Case No. 10-16619 pending in the United States Bankruptcy Court for the Southern District of

New York (except for transferring venue to this Court) are STAYED unless otherwise ordered

by this Court.

Date: _____                          _____

                                                Russell F. Nelms
                                                United States Bankruptcy Judge

**File a Motion:**

Filed: 11/17/2010    Closed:
Reopen:    Dismissed:
Dismissed(jdb):
Converted:    Discharged:
Discharged(jdb):

[10-47470-rfn11 Vitro Asset Corp.](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 i | Office: 4 (Ft. Worth) |
| Judge: rfn | Case Flag: REFORM, jntadmn, LEAD, EXHIBITS | |

Summary   History   Parties   Filers   Docket Sheet   Deadlines/Hearings   Status   Pending Motions   Creditors   Claims Register

**U.S. Bankruptcy Court**

**Northern District of Texas**

Notice of Electronic Filing

The following transaction was received from Jeff P. Prostok entered on 12/14/2010 at 6:27 PM CST and filed on 12/14/2010

| | |
|---|---|
| **Case Name:** | Vitro Asset Corp. |
| **Case Number:** | [10-47470-rfn11](#) |
| **Document Number:** | [76](#) |

**Docket Text:**
Motion for leave - *Motion of the Petitioning Creditors for Determination that Certain Bankruptcy Cases Should Proceed in the United States Bankruptcy Court for the Northern District of Texas Pursuant to Fed. R. Bankr. P. 1014(b)* Filed by Petitioning Creditors Brookville Horizons Fund, L.P, Davidson Kempner Distressed Opportunities Fund LP, Knighthead Master Fund, L.P., Lord Abbett Bond-Debenture Fund, Inc. (Attachments: # (1) Exhibit A - part 1 - Voluntary Petition# (2) Exh. A - part 2 - Verified Petition) (Prostok, Jeff)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\lbreedlove\Desktop\12.14.10 Vitro Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=12/14/2010] [FileNumber=23775278
-0] [93f0163722941d6a0ddf7c2bdf41f5845d4779e975d2f30a92dc2f28d77f5f358
618f769fbd104e099a2ac05aad1f9ecf0066919936b941aa7bc1d8424dcea41]]
**Document description:** Exhibit A - part 1 - Voluntary Petition
**Original filename:** C:\Documents and Settings\lbreedlove\Desktop\12.14.10 Vitro - Exh A - part 1 - Volunary Petition.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=12/14/2010] [FileNumber=23775278
-1] [717a099f8a82bdedfc16d49d787149a0cc39d4e306c60efd14fb54830e728cc24
857135d17cafdf60559bde99b6ea96ee2a97c549d58e39b7ab575158bcb2c33]]
**Document description:** Exh. A - part 2 - Verified Petition
**Original filename:** C:\Documents and Settings\lbreedlove\Desktop\12.14.10 Vitro - Exh A - part 2 - Verified Petition.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017686615 [Date=12/14/2010] [FileNumber=23775278
-2] [3d4894108e29b7f77cd8195986714b6853966f7fc5c1ff4564343aa571cb99caa
e61858cca21dcbc692cf3ca6aee3b01f573f11bb1fab59a45e30036ad3f7b12]]

**10-47470-rfn11 Notice will be electronically mailed to:**

William Richard Greendyke on behalf of Alleged Debtor Amsilco Holdings, Inc.
wgreendyke@fulbright.com

Laurie Spindler Huffman on behalf of Creditor City of Memphis (TN)
Laurie.Spindler@publicans.com, Dallas.bankruptcy@publicans.com

Lynda L. Lankford on behalf of Petitioning Creditor Brookville Horizons Fund, L.P
llankford@forsheyprostok.com, dkennard@forsheyprostok.com;lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com

David B. McCall on behalf of Creditor Collin County Tax Assessor-Collector
bankruptcy@ntexas-attorneys.com

Jeff P. Prostok on behalf of Petitioning Creditor Brookville Horizons Fund, L.P
jpp@forsheyprostok.com, lbreedlove@forsheyprostok.com;calendar@forsheyprostok.com;mmaben@forsheyprostok.com

Randall A. Pulman on behalf of Interested Party Harry Mazal
rpulman@pulmanlaw.com, ksettle@pulmanlaw.com;dtrevino@pulmanlaw.com;lbeshara@pulmanlaw.com;lleshin@pulmanlaw.com

Risa M. Rosenberg on behalf of Alleged Debtor Vitro Asset Corp.
rrosenberg@milbank.com,
rceron@milbank.com;jhollembeak@milbank.com;amorton@milbank.com;tmatz@milbank.com;jharris1@milbank.com;ddunne@milbank.com;aleblanc@milba

Diane W. Sanders on behalf of Creditor Round Rock ISD
austin.bankruptcy@publicans.com

Brian J. Smith on behalf of Creditor Bank of America, N.A.

bsmith@pattonboggs.com

Louis R. Strubeck on behalf of Alleged Debtor Amsilco Holdings, Inc.
lstrubeck@fulbright.com

UST U.S. Trustee
ustpregion06.da.ecf@usdoj.gov, albert.loftus@usdoj.gov

**10-47470-rfn11 Notice will not be electronically mailed to:**

Amsilco Holdings, Inc.
5200 Tennyson Pkwy.
Suite 100
Plano, TX 75024

B.B.O. Holdings, Inc.
5200 Tennyson Pkwy.
Suite 100
Plano, TX 75024

Binswanger Glass Company
5200 Tennyson Pkwy.
Suite 100
Plano, TX 75024

Crisa Corporation
5200 Tennyson Pkwy.
Suite 100
Plano, TX 75024

John K. Cunningham on behalf of Petitioning Creditor Brookville Horizons Fund, L.P
White & Case
First Union Financial Center
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131

John K. Cunningham on behalf of Petitioning Creditor Brookville Horizons Fund, L.P
White & Case, LLP
200 S. Biscayne Blvd.
Suite 4900
Miami, FL 33131

Dennis F. Dunne on behalf of Alleged Debtor Vitro Asset Corp.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

Richard S. Kebrdle on behalf of Petitioning Creditor Brookville Horizons Fund, L.P
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131-2352

Andrew M. Leblanc on behalf of Alleged Debtor Vitro Asset Corp.
Milbank, Tweed, Hadley & McCloy LLP
Suite 1100, International Square Buildin
1850 K Street, N.W.
Washington, DC 20006-5417

Robert J. Liubicic on behalf of Alleged Debtor Vitro Asset Corp.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

J. Christopher Shore on behalf of Petitioning Creditor Brookville Horizons Fund, L.P
White & Case, LLP
1155 Avenue of the Americas
New York, NY 10036

Super Sky International, Inc.
10301 N. Enterprise Dr.
Mequon, WI 53092

Super Sky Products, Inc.
10301 N. Enterprises Dr.
Mequon, WI 53092

Troper Services, Inc.
5200 Tennyson Pkwy.
Suite 100
Plano, TX 75024

V-MX Holdings, LLC
5200 Tennyson Pkwy.
Suite 100
Plano, TX 75024

VVP Auto Glass, Inc.
965 Ridge Lake Blvd.
Suite 300
Memphis, TN 38120

VVP Finance Corporation
965 Ridge Lake Blvd.
Suite 300
Memphis, TN 38120

VVP Holdings, LLC
965 Ridge Lake Blvd.
Suite 300
Memphis, TN 38120

Vitro America, LLC
965 Ridge Lake Blvd.
Suite 300
Memphis, TN 38120

Vitro Chemicals, Fibers & Mining, LLC
5200 Tennyson Pkwy
Suite 100
Plano, TX 75024

Vitro Packaging, LLC
5200 Tennyson Pkwy.
Suite 100
Plano, TX 75024

White & Case LLP
,

N. Theodore Zink on behalf of Creditor The Bank of New York Mellon
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112