UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>VITRO, S.A.B. de C.V.,<br><br>    Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 10-16619 (SHL) |
| ACP MASTER, LTD., *et al.*,<br><br>    Plaintiffs,<br><br>- against -<br><br>VITRO, S.A.B. DE C.V., *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-05786 (SHL) |
| ELLIOTT INTERNATIONAL L.P. and THE LIVERPOOL LIMITED PARTNERSHIP,<br><br>    Plaintiffs,<br><br>- against -<br><br>VITRO, S.A.B. DE C.V., *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-05789 (SHL) |

## NOTICE OF STATUS CONFERENCE

      **PLEASE TAKE NOTICE** that counsel to the parties in the above-captioned adversary proceedings shall appear for a status conference before The Honorable Sean H. Lane, United States Bankruptcy Judge, in Courtroom # 701 at One Bowling Green, New York, New York, on Monday January 3, 2011 at 11:00 a.m.

Dated: December 30, 2010  Respectfully submitted,
New York, New York

/s/ Alan J. Stone
Alan J. Stone
Thomas J. Matz
Renee H. Sekino
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

*Attorneys for Defendants*