**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| VITRO, S.A.B. de C.V. | Case No. 10-16619 (SHL) |
|       Debtor in a Foreign Proceeding. | |
| ACP MASTER, LTD., *et al.*, | |
|               Plaintiffs, | Adv. Pro. No. 10-05786 (SHL) |
|     - against - | |
| VITRO, S.A.B. DE C.V., *et al.*, | |
|               Defendants. | |
| ELLIOTT INTERNATIONAL L.P. and THE LIVERPOOL LIMITED PARTNERSHIP, | Adv. Pro. No. 10-05789 (SHL) |
|               Plaintiffs, | |
|     - against - | |
| VITRO, S.A.B. DE C.V., *et al.*, | |
|               Defendants. | |

## <u>NOTICE OF PENDING MOTIONS</u>

        **PLEASE TAKE NOTICE** that the motions listed below have been partially briefed and are currently pending in the above-referenced adversary proceedings.  The following submissions have been made by the parties in support of or opposition to such motions:

<u>Defendants' Motions to Vacate the Orders of Attachment</u>

1.    Defendants' Memorandum Of Law In Support Of Their Application For An Order To Show Cause And Motion To Vacate The December 2, 2010 *Ex*

*Parte* Order Of Attachment And For An Award Of Attorneys' Fees And Costs, dated December 13, 2010.

2.  [ACP] Plaintiff's Memorandum Of Law In Response To D.F. King's Order To Show Cause And In Opposition To Defendants' Motion To Vacate The December 2, 2010 *Ex Parte* Order Of Attachment And For An Award Of Attorneys' Fees And Costs, dated December 15, 2010.

3.  Joinder Of Plaintiffs Elliott International L.P. And Liverpool Limited Partnership With Respect To Levy Upon D.F. King, dated December 15, 2010.

<u>Plaintiffs' Motions to Confirm the Orders of Attachment</u>

1.  Memorandum Of Law In Support Of [ACP] Plaintiffs' Motion For Order Confirming Order Of Attachment Granted *Ex Parte*, dated December 15, 2010.

2.  Memorandum Of Law In Support Of [Elliott] Plaintiffs' Motion For Order Confirming Order Of Attachment, dated December 21, 2010.

Dated:  December 30, 2010          Respectfully submitted,
         New York, New York

                                   /s/ Alan J. Stone
                                   Alan J. Stone
                                   Thomas J. Matz
                                   Renee H. Sekino
                                   MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
                                   1 Chase Manhattan Plaza
                                   New York, NY 10005
                                   Telephone:  (212) 530-5000

                                   *Attorneys for Defendants*